UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN DUNNE,<br>　　　　　Plaintiff,<br><br>v.<br><br><br>The MASSACHUSETTS BOARD OF BAR EXAMINERS, an administrative agency of the State of Massachusetts, WILLIAM F. KENNEDY, JR., Chairman of the Massachusetts Board of Bar Examiners, ANTHONY G. MASSIMIANO, Chairman of the Massachusetts Board of Bar Examiners, ALICE E. RICHMOND, Chairman of the Massachusetts Board of Bar Examiners, GEOFFREY R. BOK, Chairman of the Massachusetts Board of Bar Examiners, MICHAEL K. CALLAHAN, Chairman of the Massachusetts Board of Bar Examiners; and THE MASSACHSUETTS SUPREME JUDICIAL COURT, MARGARET H. MARSHALL, Chief Justice, Massachusetts Supreme Judicial Court, RODERICK L. IRELAND, Associate Justice, Massachusetts Supreme Judicial Court, JUDITH A. COWIN, Associate Justice, Massachusetts Supreme Judicial Court, JOHN M. GREANEY, Associate Justice, Massachusetts Supreme Judicial Court, and jointly and severally, and each aforementioned named partied in their individual capacity and also in their official capacity,<br>　　　　　Defendants. | CIVIL ACTION<br>NO. 07-11166-DPW |

## **NOTICE OF APPEARANCE**

**TO THE CLERK OF THE ABOVE NAMED COURT:**

　　Please enter the appearance of the undersigned on behalf of all of the Defendants in the above-entitled action.

Respectfully Submitted,
COMMONWEALTH OF MASSACHUSETTS

By its Attorneys,

MARTHA COAKLEY
ATTORNEY GENERAL


   /s/ Anne Sterman
Anne Sterman, BBO #650426
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA  02108
(617) 727-2200 x 2109

Dated: July 6, 2007

Certificate of Service

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 6, 2007.

                                              /s/ Anne Sterman
                                            Anne Sterman
                                            Assistant Attorney General