Dunne v. Massachusetts Board of Bar Examiners et al                                                                                                    Doc. 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 JUL -9  P 12: 00

U.S. DISTRICT COURT
DISTRICT OF MASS.

STEPHEN DUNNE,                                      )
                                                    )
                Plaintiff,                          )
                                                    )
        v.                                          )
                                                    )
THE MASSACHUSETTS BOARD OF                          )
BAR EXAMINERS, an administrative                    )
agency of the State of Massachusetts,               )
WILLIAM F. KENNEDY, JR.,                            )
Chairman of the Massachusetts Board                 )
of Bar Examiners,                                   )
ANTHONY G. MASSIMIANO,                              )
Chairman of the                                     )
Massachusetts Board of Bar Examiners,               )
ALICE E. RICHMOND,                                  )
Chairman of the                                     )
Massachusetts Board of Bar Examiners,               )
GEOFFREY R. BOK,                                    )
Chairman of the                                     )
Massachusetts Board of Bar Examiners,               )
MICHAEL K. CALLAHAN,                                )
Chairman of the                                     )
Massachusetts Board of Bar Examiners; and           )
THE MASSACHUSETTS                                   )
SUPREME JUDICIAL COURT,                             )
MARGARET H. MARSHALL, Chief Justice,                )
Massachusetts Supreme Judicial Court,               )
RODERICK L. IRELAND, Associate Justice,             )
Massachusetts Supreme Judicial Court,               )
JUDITH A. COWIN, Associate Justice,                 )
Massachusetts Supreme Judicial Court,               )
JOHN M. GREANEY, Associate Justice,                 )
Massachusetts Supreme Judicial Court, and           )
jointly and severally, each aforementioned          )
named parties in their individual capacity and      )
also in their official capacity,                    )
                                                    )
                Defendants.

CIVIL ACTION
    NO. 07 CA 11166 DPW

AMENDMENT TO COMPLAINT

1

**PLAINTIFF, STEPHEN DUNNE, amends the complaint in this action as follows:**

1. On page 39, line 13, $2,500,000 is changed to $2.50.

2. On page 39, line 17, $7,250,000 is changed to $7.25.

7/7/07

*[signature]*

STEPHEN DUNNE

PO Box 990695

Boston, MA 02199

2