Document removed due to personal identifiers.