UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN DUNNE, ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 07-11166 DPW |
| ) | |
| THE MASSACHUSETTS BOARD OF ) | |
| BAR EXAMINERS, et al., ) | |
|     Defendants. ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO CONTINUE HEARING OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

On August 10, 2007, Plaintiff filed a "Verified Motion to Continue Hearing of Defendant's Motion for Summary Judgment." Defendants have not filed a motion for summary judgment, but presume that the Plaintiff is referring to the Defendants' Motion to Dismiss, which was filed on July 30, 2007. To Defendants' knowledge, no hearing date has yet been set for Defendants' Motion to Dismiss, nor has the motion been opposed. However, Defendants do not oppose a reasonable continuance of the not-yet-scheduled hearing.[1]

---

[1] Plaintiff did not, as is required by Local Rule 7.1, confer with the Defendants prior to filing his motion. Defendants would have been willing, and remain willing, to assent to a reasonable continuance of the not-yet-scheduled hearing.

        Respectfully submitted,
        MASSACHUSETTS BOARD OF BAR
        EXAMINERS, et al.

        By their Attorney,

        MARTHA COAKLEY
        ATTORNEY GENERAL

        /s/ Anne Sterman
        Anne Sterman, BBO # 650426
        Assistant Attorney General
        Government Bureau/Trial Division
        One Ashburton Place, Room 1813
        Boston, MA  02108
        (617) 727-2200 x 2109

Date:   August 15, 2007

<u>Certificate of Service</u>

     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 15, 2007.

        /s/ Anne Sterman
        Anne Sterman
        Assistant Attorney General