8/24/07

DEAR Honorable Woodlock:

Please Find Enclosed a Supplemental Document pertaining to

FILED
IN CLERKS OFFICE

my Cardiological Conditon. I received Treatment today at

2007 AUG 24 P 3: 45
U.S. DISTRICT COURT
DISTRICT OF MASS.

the Boston Medical Center Cardiology Unit as indicated on

the enclosed highlighted document.

The Director of the Boston Medical Center Cardiology Unit

Scheduled an examination date on 11/29/2007.

Please Schedule Motion/hearing ofter that date.

Very truly Yours

Stephen Du.