```
Patient Appointments                                                      SATP.PT
┌─────────────────────────────────────────────────────────────────────────────┐
│ Patient: DUNNE,STEPHEN              MRN: 3558746           FSC:             │
│          220 JAMACIA WAY            DOB: 12/26/1976                         │
│          JAMAICA PLAIN,M  02130     H#:  617-910-7135                       │
└─────────────────────────────────────────────────────────────────────────────┘
   Date        Day   Time   Sta  Type  Prov/Resource    Dept  Loc  Dur  Visit#

   11/29/2007  THU   4:40P  PEN  EPV   PHILIPPIDES MD   ECAR  PF4  20   9911360
   08/24/2007  FRI   1:00P  ARR  ECH   ECHO ROOM1       NICE  PF4  60   9911322
   08/24/2007  FRI   2:00P  ARR  ETT   STRESS TESTING   NICE  PF4  30   9911330
   08/09/2007  THU   1:00P  ARR  NPV   PHILIPPIDES MD   ECAR  PF4  40   9898626
                                       End


    0  Selected   F7Q-Quit F10-OK   F15-Help   F13-More Keys  <FIND>-Find
  A-Arrive             B-Noshow              C-Cancel             D-View Detail
  E-Edit               F-Guided Filter       H-Reset              K-View Links
  L-Link Appointment   M-Move...             N-Change Provider    O-View Resources
  P-Patient Inquiry    S-Sched Comment       T-Eligibility List   V-View VDF
```

```
View Detail                                                              SAPT.AP
┌─────────────────────────────────────────────────────────────────────────────┐
│ Patient: DUNNE,STEPHEN              MRN: 3558746           FSC:             │
│          220 JAMACIA WAY            DOB: 12/26/1976                         │
├─────────────────────────────────────────────────────────────────────────────┤
│ Date        Day  Time    Stat  Typ  Provider       Dept  Loc  Dur  Visit #  │
│ 11/29/2007  THU  4:40P   PEN   EPV  PHILIPPIDES M  ECAR  PF4  20   9911360  │
│   4MO FU AFTER ECHO&ETT                                                     │
└─────────────────────────────────────────────────────────────────────────────┘

           Appointment made on: 08/09/2007 at  2:16P by DODIXON

                                    End


   F7Q-Quit    F10-OK     F15-Help     F13-More Keys F7P-Print
 V-View VDF
```