Dunne v. Massachusetts Board of Bar Examiners et al    Doc. 9

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2007 SEP -5
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STEPHEN DUNNE, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) NO. 07 CA 11166 DPW |
| | ) |
| v. | ) |
| | ) |
| THE MASSACHUSETTS BOARD OF | ) |
| BAR EXAMINERS, an administrative | ) |
| agency of the State of Massachusetts, | ) |
| WILLIAM F. KENNEDY, JR., | ) |
| Chairman of the Massachusetts Board | ) |
| of Bar Examiners, | ) |
| ANTHONY G. MASSIMIANO, | ) |
| Chairman of the | ) |
| Massachusetts Board of Bar Examiners, | ) |
| ALICE E. RICHMOND, | ) |
| Chairman of the | ) |
| Massachusetts Board of Bar Examiners, | ) |
| GEOFFREY R. BOK, | ) |
| Chairman of the | ) |
| Massachusetts Board of Bar Examiners, | ) |
| MICHAEL K. CALLAHAN, | ) |
| Chairman of the | ) |
| Massachusetts Board of Bar Examiners; and | ) |
| THE MASSACHUSETTS | ) |
| SUPREME JUDICIAL COURT, | ) |
| MARGARET H. MARSHALL, Chief Justice, | ) |
| Massachusetts Supreme Judicial Court, | ) |
| RODERICK L. IRELAND, Associate Justice, | ) |
| Massachusetts Supreme Judicial Court, | ) |
| JUDITH A. COWIN, Associate Justice, | ) |
| Massachusetts Supreme Judicial Court, | ) |
| JOHN M. GREANEY, Associate Justice, | ) |
| Massachusetts Supreme Judicial Court, and | ) |
| jointly and severally, each aforementioned | ) |
| named parties in their individual capacity and | ) |
| also in their official capacity, | ) |
| | |
| Defendants. | |

## MOTION TO VOLUNTARILY DISMISS COMPLAINT

Stephen Dunne ("Plaintiff"), hereby moves to voluntarily dismiss his Complaint in the above captioned proceeding. In support of this Motion, Plaintiff states as follows:

1. Defendants have removed the patently offensive and morally repugnant question from the July 26, 2007 Massachusetts Bar Examination. As a result of this corrective action by the Defendants in the above captioned proceeding, Plaintiff humbly requests a voluntary dismissal without prejudice.

2. Defendants removal of the question is assurance that all future examinees taking the Massachusetts Bar Examination will not be forced to accept, support or promote a liberal ideology on a professional licensing examination. There is another forum for that contemporary social issue and the Massachusetts Bar Examination is not an appropriate forum for that debate, especially considering the fact that Defendants have ignored the imprimatur of the people and the democratic process in enacting and legalizing gay marriage in the State of Massachusetts.

3. In the interests of the administration of justice and judicial efficiency, Plaintiff moves to voluntarily dismiss his Complaint in the above captioned proceeding.

WHEREFORE, Plaintiff hereby requests that the court grant Plaintiff leave to voluntarily dismiss his Complaint in this matter without prejudice.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U. S. Mail this 4th day of September, 2007 to:

> Anne Sterman
> BBO # 650426
> Assistant Attorney General
> One Ashburton Place, Room 1813
> Boston, MA 02108

> Respectfully submitted,
>
> STEPHEN DUNNE
> PO Box 990695
> Boston, MA 02199