UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
STEPHEN DUNNE, PRO SE,          )
     Plaintiff,                 )   CIVIL ACTION NO.
                                )   07-11166-DPW
          v.                    )
                                )
MASS. BOARD OF EXAMINERS,       )
ET AL.,                         )
     Defendants.                )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's Electronic Order dated October 9, 2007, granting the Plaintiff's Motion to Dismiss, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

BY THE COURT,

/s/ Jarrett Lovett
Deputy Clerk

DATED: October 9, 2007